# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:13-CR-00291-03-BCW |
| ) | |
| T. CAMERON JONES, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court is Magistrate Judge Sarah W. Hays' Report and Recommendation (Doc. #261) denying Defendant T. Cameron Jones' Motion to Dismiss All Counts of the Indictment for Insufficiency as to T. Cameron Jones (Doc. #240). After an independent review of the record, the applicable law, and the parties' arguments, the Court adopts Magistrate Judge Hays' findings of fact and conclusions of law. Accordingly, it is hereby

ORDERED for the reasons stated in the Report and Recommendation (Doc. #261), Defendant T. Cameron Jones' Motion to Dismiss All Counts of the Indictment for Insufficiency as to T. Cameron Jones (Doc. #240) is DENIED. It is further

ORDERED that Magistrate Judge Hays' Report and Recommendation be attached to and made part of this Order.

IT IS SO ORDERED.

DATED: February 10, 2015          /s/ Brian C. Wimes
                                  JUDGE BRIAN C. WIMES
                                  UNITED STATES DISTRICT COURT